AO 442 (modified arrest warrant)

**FILED**
FEB 10 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

RECEIVED
U.S. MARSHALS SERVICE
EASTERN CALIFORNIA
2021 FEB -1  AM 9: 05

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:21-mj-0019 CKD |
| ISAIH PHELPS | ) | |
| | ) | UN-SEALED |
| _Defendant_ | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   **ISAIH PHELPS**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 2422(b), Attempted Coercion and Enticement

2021 JAN 32 AM 9: 03
RECEIVED
U.S. MARSHALS SERVICE
EASTERN CALIFORNIA

Date:   January 29, 2021

_Carolyn K. Delaney_
_Issuing officer's signature_

City and state:   Sacramento, California

Carolyn K. Delaney, United States Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_  2-1-2021, and the person was arrested on _(date)_  2/9/2021
at _(city and state)_  Sacramento, CA.

Date:  2/10/2021

_Arresting officer's signature_

, United States Magistrate Judge
_Printed name and title_